People v Yizar (2025 NY Slip Op 03981)

People v Yizar

2025 NY Slip Op 03981

Decided on July 01, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: July 01, 2025

Before: Manzanet-Daniels, J.P., Gonzalez, Mendez, Rodriguez, Rosado, JJ. 

Ind. No. 2105/19|Appeal No. 4665|Case No. 2022-02808|

[*1]The People of the State of New York, Respondent,
v
Kayjon Yizar, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Mary-Kathryn Smith of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Maria I. Wager of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Marsha D. Michael, J. at suppression hearing; James A. McCarty Jr., J., at plea and sentencing), rendered May 18, 2022, convicting defendant of attempted criminal possession of a weapon in the second degree, and sentencing him to five years of probation, unanimously affirmed.
Defendant validly waived his right to appeal (see People v Thomas, 34 NY3d 545, 559 [2019], cert denied 589 US —, 140 S Ct 2634 [2020]). The court's colloquy closely tracked the model colloquy (see People v Nunez, 220 AD3d 597, 597 [1st Dept 2023], lv denied 41 NY3d 1004 [2024]), including its explanation that defendant's conviction and sentence would "normally be final" due to the appeal waiver (see Thomas, 34 NY3d at 567). The court properly explained defendant's right to counsel on appeal, and did not imply that by waiving appeal, defendant would forfeit his right to appellate counsel for claims that survived the waiver (see People v Cassanova, 234 AD3d 622, 622 [1st Dept 2025]).
Defendant's valid waiver of his right to appeal forecloses review of his suppression claims (see People v Walker, 206 AD3d 541, 541 [1st Dept 2022], lv denied 38 NY3d 1191 [2022]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: July 1, 2025